**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**                    **MDL NO. 2326**

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**MEMORANDUM OPINION AND ORDER**

On June 24, 2020, I entered an order directing plaintiffs on Exhibit A to show cause in their individual cases on or before July 24, 2020, why their individual cases should not be dismissed as to defendants Boston Scientific Corporation, C.R. Bard, Inc., Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. The Order was sent to the plaintiffs on Exhibit A at their last known address and posted on the court's website.

Plaintiffs have failed to respond to the Show Cause Order.  Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), the court finds that the plaintiffs on Exhibit A have failed to prosecute their cases. The court **ORDERS** that the remaining served and unserved defendants named in each case, Boston Scientific Corporation, C.R. Bard, Inc., Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, are dismissed without prejudice.  There are no remaining defendants in these cases on Exhibit A and therefor, the court further **ORDERS** that the cases on Exhibit A are **DISMISSED** and **STRICKEN** from the court's active docket.  All pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER:  July 27, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

|   | Case Name | Case Number |
|---|-----------|-------------|
| 1 | Janet G. Shoulders v. Boston Scientific Corp., et al. | 2:14-cv-07783 |
| 2 | Nina Smith, et al. v. Boston Scientific Corp., et al. | 2:13-cv-19778 |